## THE WESTERN AND ATLANTIC RAILROAD COMPANY *vs.* McCAULEY.

1. The verdict is supported by the evidence.
2. In fixing the amount of damages under a suit for destroying property, interest is not recoverable *eo nomine*, but the jury may consider the length of time damages have been withheld, the character of the tort, the conduct of the defendant, and all the circumstances of the transaction, and may, in their discretion, increase the amount of the damages allowed accordingly. 66 *Ga.*, 499; 6 Am. Dec., 196; cit. and notes; 1 Am. Lead. Cas., 511, and notes.

CRAWFORD, Justice.

[This was a suit against a railroad for killing a bull. The court charged that, in case the jury found for the plaintiff, they should give him the value of the bull at the time of the killing, and that they might give legal interest thereon from the date of the killing to the trial, not as interest, but as damages, adding it to the principal, and making a verdict for the aggregate amount.]